UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT T. CALLAHAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-027 |
| | ) | (Shirley) |
| JAMES M. BOOZER, ETHEL BOOZER, D&D INVESTMENTS, LLC, ALLIED BUILDERS, INC., and MOUNTAIN LAUREL CHALETS, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 29].

For the reasons set forth in the Memorandum Opinion filed simultaneously herewith, Defendant Allied Builders, Inc.'s Motion for Summary Judgment [Doc. 20] is **GRANTED**. The plaintiff's claims against this defendant are hereby **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge