UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | | |
|---|---|---|
| ROBERT T. CALLAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-027 |
| | ) | (Shirley) |
| JAMES M. BOOZER, ETHEL BOOZER, | ) | |
| D&D INVESTMENTS, LLC, ALLIED | ) | |
| BUILDERS, INC., and MOUNTAIN | ) | |
| LAUREL CHALETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the

Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings,

including entry of judgment [Doc. 29].

The parties have advised that this case has been settled. Accordingly, the defendants'

Motion for Summary Judgment [Doc. 52] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:


    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge