# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

ROBERT T. CALLAHAN, JR.,

    Plaintiff,

vs.                                CIVIL ACTION NO. 3:04-CV-27

JAMES M. BOOZER;
ETHEL BOOZER; D & D
INVESTMENTS, L.L.C.;
ALLIED BUILDERS, INC.;
and MOUNTAIN LAUREL
CHALETS, INC.,

    Defendants.

## ORDER OF COMPROMISE AND DISMISSAL

Came the parties, Robert T. Callahan, Jr., plaintiff, and James M. Boozer, Ethel Boozer, D & D Investments, L.L.C., and Mountain Laurel Chalets, Inc., defendants, and announced to the Court that the matters in controversy between them in this cause had been compromised and settled, by the terms of which compromise settlement agreement the original suit of the plaintiff is to be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the suit of the plaintiff, Robert T. Callahan, Jr., plaintiff, against the defendants, James M. Boozer, Ethel Boozer, D & D Investments, L.L.C., and Mountain Laurel Chalets, Inc., be, and the same hereby is, dismissed with full prejudice and each party shall bear its own costs including discretionary costs, attorney's fees, and expenses in relation to the prosecution of this action.

                                                    s/ C. Clifford Shirley, Jr.
                                                    United States Magistrate Judge

TAYLOR, REAMS,
'ILSON & HARRISON
ATTORNEYS AT LAW
116 EAST MAIN STREET
P.O. BOX 1799
IORRISTOWN, TENNESSEE
37816-1799

ENTER this the _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

*[signature]*
DAVID L. HUDGINS (GA. BAR # 374108)
ATTORNEY FOR PLAINTIFF
920 Holcomb Bridge Road, Suite 100
Roswell, GA 30076
(770) 998-6655

*[signature]*
JAMES W. HARRISON (BPR # 007483)
ATTORNEY FOR DEFENDANTS
TAYLOR, REAMS, TILSON & HARRISON
P. O. Box 1799
Morristown, TN 37816-1799
(423) 586-9302

TAYLOR, REAMS,
TILSON & HARRISON
ATTORNEYS AT LAW
116 EAST MAIN STREET
P.O. BOX 1799
MORRISTOWN, TENNESSEE
37816-1799